DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Jacobs v. Physicians Weight Loss Ctr. of Am. Inc.<br><br>Case Below:<br>173 N.C. App. 663 | No. 681P05 | Defs' PWC to Review Decision of COA (COA04-644) | Denied 01/26/06 |
| Javurek v. Jumper<br><br>Case Below:<br>168 N.C. App. 718 | No. 191A05 | Plt's NOA Based Upon a Constitutional Question (COA04-466) | Dismissed ex mero motu 01/26/06 |
| Johnson v. Colonial Life & Accident Ins. Co.<br><br>Case Below:<br>173 N.C. App. 365 | No. 635P05 | Def's (Colonial Life & Accident Ins. Co.) PDR Under N.C.G.S. § 7A-31 (COA04-1515) | Denied 01/26/06 |
| Lewis v. Beachview Exxon Serv.<br><br>Case Below:<br>174 N.C. App. 179 | No. 645A05 | 1. Defs' NOA (Dissent) (COA04-711)<br><br>2. Defs' PDR as to Additional Issues | 1. —<br><br>2. Allowed 01/26/06 |
| Mayfield v. Hannifin<br><br>Case Below:<br>174 N.C. App. 386 | No. 699P05 | Def's Motion for Temporary Stay (COA04-1646) | Denied 12/20/05 |
| McLamb v. T.P., Inc.<br><br>Case Below:<br>173 N.C. App. 586 | No. 663P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA04-1472) | Denied 01/26/06 |
| Melton v. Tindall Corp.<br><br>Case Below:<br>173 N.C. App. 237 | No. 596P05 | Plt's (Robert Christopher Melton) PDR Under N.C.G.S. § 7A-31 (COA04-1244) | Denied 01/26/06<br><br>**Martin, J. Recused** |
| State v. Bellamy<br><br>Case Below:<br>172 N.C. App. 649 | No. 506P05 | 1. Def's (Keith Lamar Bellamy) NOA Based Upon a Constitutional Question (COA04-550)<br><br>2. Def's (Keith Lamar Bellamy) PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal and Deny PDR | 1. —<br><br>2. Denied 01/26/06<br><br>3. Allowed 01/26/06 |